## AFFIDAVIT

I, Christopher Destito, being sworn, depose and state as follows:

1. I have been a Special Agent with the Federal Bureau of Investigation (FBI) for 16 years. Over this 16-year period, my assignments have included narcotics investigations related to the possession and distribution of controlled substances. In connection with my duties as a Special Agent with the FBI, I have received training in narcotics investigations from both the Drug Enforcement Administration (DEA) and FBI. From 1999-2001, I was assigned to the DEA Drug Task Force. Since January 2013, I have been assigned to work gang investigations in Vermont.

2. This affidavit is submitted to show probable cause to believe that on or about January 16, 2014, LOREN BEDWARD possessed with intent to distribute heroin, a schedule I controlled substance, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C). The facts in this affidavit come from my personal observations and knowledge, my training and experience, as well as information received from other law enforcement personnel involved in this investigation. This affidavit is intended to show merely that there is sufficient probable cause for the offense charged and does not set forth all of my knowledge about this matter.

3. On the afternoon of January 15, 2014, a confidential informant (CI) advised me of an individual who was currently selling heroin in Rutland, Vermont. The CI described the individual as a black male with long dreadlocks, who was driving a light blue, four-door Acura with Vermont license plates. According to the CI, the individual was from Brattleboro, Vermont, and used the street name of "Luda" or "L." According to the CI, Luda approached the CI to inquire whether the CI would purchase heroin from Luda. Luda claimed to the CI that he had a large quantity of heroin for sale.

4. Based on the information received from the CI, law enforcement was able to identify Luda as Loren Bedward (DOB 8/24/84) of 45 Vine Street, Apartment 2, Brattleboro, Vermont. Law enforcement also obtained a photo of Bedward.

5. On the evening of January 15, 2014, the CI contacted Bedward about purchasing heroin from Bedward, and arranged to meet Bedward at the Burger King on Route 7 in Rutland, Vermont. At approximately 6:00 p.m., law enforcement observed a light blue, four-door Acura arrive at the Burger King parking lot in Rutland, and park on the north side of the restaurant. Law enforcement observed Bedward exit the driver's side of the vehicle and an unknown female exit the passenger side of the vehicle. Both Bedward and the female entered the Burger King.

6. After Bedward and the female entered the Burger King, law enforcement entered the Burger King parking lot and parked. After Bedward and the female exited the Burger

King, law enforcement exited their vehicles, identified themselves as police officers, and instructed Bedward not to move. Bedward turned and ran toward the front of the Burger King. As Bedward ran around the building, law enforcement observed Bedward throw something to the ground. This was recovered by law enforcement and subsequently identified to be approximately 30 bags of heroin and a quantity of money. Bedward continued to run around the Burger King and was subsequently taken into custody by agents on the south side of the Burger King. At the time Bedward was taken into custody, law enforcement recovered approximately 100 additional bags of heroin that Bedward had discarded on the ground, as well as approximately 30 additional bags of heroin on Bedward's person.

7. Law enforcement transported Bedward and the female to the Rutland Police Department. During processing at the police station, Bedward advised law enforcement that the remainder of his heroin was located at another residence in Rutland. Law enforcement responded to the residence identified by Bedward, where agents recovered approximately 280 bags of heroin from the location Bedward had identified.

8. Law enforcement conducted a field test of a sample of the bags of heroin. The field test indicated that the sample tested positive for the presence of heroin.

Dated at Burlington, in the District of Vermont, this **16** day of January, 2014.

Christopher DeStito
FBI Special Agent

Sworn to and subscribed before me this ____ day of January, 2014.

John M. Conroy
United States Magistrate Judge